UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MAUDE SOLOMON, | § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:19–CV–00152 |
| CROWLEY MARITIME CORPORATION, ET AL., | § § § § | |
| Defendants. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 30, 2019, Defendant Crowley Maritime Corporation's Motion to Dismiss Pursuant to Rule 12(b)(2) and 12(b)(5) and Defendants, Intrepid Personnel and Provisioning, Inc., Intrepid Ship Management, Inc. and Vessel Management Services, Inc.'s, Motion to Dismiss Pursuant to Rule 12(b)(2) ("Defendants' Motion to Dismiss") (Dkt. 19) was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 25. On October 17, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 31) recommending that Defendants' Motion to Dismiss (Dkt. 19) be **GRANTED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 31) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motion to Dismiss (Dkt. 19) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 4th day of November, 2019.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE